Nos. 735 and 736. CHARLES M. WARD ET AL., ETC., PETITIONERS, *v.* MARIA E. G. McK. WARD ET AL. May 27, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry M.*

*Ward* and *Mr. Austen G. Fox* for petitioners. *Mr. William G. Wilson* for respondents.

